

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00184-CV

| | | |
|---|---|---|
| VIKAS BANSAL, BIG ROCCOS LLC AND ARYA GROUP LLC, Appellants | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-336895-22) |
| V. | § | August 3, 2023 |
| BRIXMOR TRINITY COMMONS SPE LIMITED PARTNERSHIP, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM